**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>TUWANE ENGLISH,<br><br>      Defendant. | **No. 11-CR-4105-DEO**<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION CONCERNING GUILTY PLEA** |

### I. INTRODUCTION AND BACKGROUND

Before the Court is Chief Magistrate Judge Paul A. Zoss's Report and Recommendation Concerning Guilty Plea (Docket No. 30, 11/18/2011).

On July 28, 2011, a one count Indictment (Docket No. 2) was returned in the above-referenced case. On November 18, 2011, Defendant Tuwane English entered a guilty to plea to Count 1 before Chief United States Magistrate Judge Paul A. Zoss.

Count 1 of the Indictment charges that from about 2010 through June 2011, in the Northern District of Iowa, and elsewhere, defendant Tuwane English, having been previously convicted of a felony drug offense, namely: conspiracy to distribute cocaine, on or about July 29, 2003, in United States District Court for Nebraska, in case number 03-CR-

00087, did knowingly and unlawfully combine, conspire, confederate, and agree, with others whose identities are both known and unknown to the Grand Jury, to distribute 28 grams or more of a mixture or substance containing a detectable amount of cocaine which contained cocaine base, commonly called "crack cocaine," a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

This was in violation of Title 21, United States Code, Sections 846 and 851.

The Report and Recommendation (Docket No. 30), states that the Defendant is pleading guilty pursuant to a plea agreement (Docket No. 27-1), and Chief United States Magistrate Judge Paul A. Zoss recommends that defendant Tuwane English's guilty plea be accepted. Waivers of objections to Judge Zoss's Report and Recommendation were filed by each party (Docket Nos. 31 and 32). The Court, therefore, undertakes the necessary review to accept defendant Tuwane English's plea in this case.

## II. ANALYSIS

### A. Standard of Review

Pursuant to statue, this Court's standard of review for a magistrate judge's Report and Recommendation is as follows:

> A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made. A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate [judge].

28 U.S.C. § 636(b)(1). Similarly, Federal Rule of Civil Procedure 72(b) provides for review of a magistrate judge's Report and Recommendation on dispositive motions and prisoner petitions, where objections are made as follows:

> The district judge to whom the case is assigned shall make a de novo determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made in accordance with this rule. The district judge may accept, reject, or modify the recommendation decision, receive further evidence, or recommit the matter to the magistrate judge with instructions.

FED. R. CIV. P. 72(b).

As mentioned, waivers of objections to the Report and Recommendation have been filed, and it appears to the Court upon review of Chief Magistrate Judge Zoss's findings and conclusions that there are no grounds to reject or modify them.

**IT IS THEREFORE HEREBY ORDERED** that this Court accepts Chief Magistrate Judge Zoss's Report and Recommendation (Docket No. 30), and accepts defendant Tuwane English's plea of guilty in this case to Count 1 Indictment (Docket No. 2).

**IT IS SO ORDERED** this 10th day of January, 2012.

_____
Donald E. O'Brien, Senior Judge
United States District Court
Northern District of Iowa